**FILED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

NOV 29 2010

DAVID CREWS, CLERK
By /s/ _____
Deputy

APPLICATION TO PROCEED *IN FORMA PAUPERIS* BY A PRISONER

Thomas Edwin Loden Jr.                **PETITIONER**

V.                                NO. 1:10CV311-WAP

Christopher Epps, Commissioner
Jim Hood, Attorney General              **RESPONDENTS**

I, Thomas Edwin Loden Jr K8126, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without payment of fees under 28 U.S.C. §1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? Yes X   No ___ (If "No" DO NOT USE THIS FORM)

    If "Yes" state the place of your incarceration __Mississippi State Pen.__

2. Are you currently employed? Yes ___ No X

    a. If the answer is "Yes" state the amount of your pay. $ __N/A__

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer __Sept. 2000    3800⁰⁰/mth__

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    Yes ___   No X

    b. Rent payments, interest or dividends    Yes ___   No X

    c. Pensions, annuities or life insurance payments    Yes ___   No X

    d. Disability or workers compensation payments    Yes ___   No X

    e. Gifts or inheritances    Yes ___   No X

    f. Any other sources    Yes X   No ___

    If the answer to any of the above is "Yes" describe each source of money and state the amount received from each during the past twelve months. (Attach an additional sheet if necessary.) __monthly gifts to inmate account approx 150⁰⁰ per mth / 1600⁰⁰ per year__

4. Do you own any cash or have money in a checking or savings account (including funds in prison accounts) Yes X   No X TEL

    If "Yes" state the total amount. $ __104.⁰⁰ Oct '10__

...

5. Do you own any real estate, stocks, bonds, notes, securities, other financial instruments, automobiles or other valuable property or assets (excluding ordinary household furnishings and clothing)? Yes \_\_\_ No _X_

   If the answer is yes, describe the property and state its approximate value. _____

6. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support. _____

I understand that a false statement or answer to any question in this declaration will subject me to the penalties for perjury and I declare that this information is true and correct.

Signed this the _22nd_ day of _Oct_, 20_10_.

_____
Signature of Applicant

------ TO BE COMPLETED BY APPLICANT ------

**AUTHORIZATION FOR RELEASE INSTITUTIONAL ACCOUNT INFORMATION AND PAYMENT OF THE FILING FEE**

I, _Thomas Edwin Loden Jr_  _K-8126_ hereby direct and
   (Name of Applicant)              (Register Number)
authorize the custodian of my inmate account to provide the Clerk of the United States District Court for the Northern District of Mississippi information from my prison inmate institutional account, including all balances, deposits, and withdrawals. The custodian of my inmate account may also provide the Clerk of Court information from the past 6 months and in the future until the full filing fee is paid. I also authorize custodian of my inmate account to withdraw funds from my account and to send the payments to the Clerk of Court, in accordance with 28 United States Code § 1915 (as amended).

_22nd Oct '10_         _____
(Date)                 (Signature of Applicant)

**CERTIFICATE**
*(Prisoner Accounts Only)*
**TO COMPLETED BY AUTHORIZED OFFICER**

I certify that the applicant named herein has the sum of $_49.16_ on account to his credit at the _Mississippi State Penitentiary_ institution where he is confined. I further certify that the applicant has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months applicant's average monthly balance was $_134.00_
I further certify that during the last six months applicant's average monthly deposit was $_100.00_

_Lisa Williams_
Signature of Authorized Officer of Institution