# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| THOMAS EDWIN LODEN,<br><br>        Petitioner,<br><br>    v.<br><br>CHRISTOPHER EPPS, COMMISSIONER, DEPARTMENT OF CORRECTIONS AND JIM HOOD, ATTORNEY GENERAL,<br><br>        Respondents. | NO. 1:10-cv-00311-WAP |

## NOTICE OF LODGING OF EXHIBITS
## IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY

Stacy Ferraro
MS Bar #100263
P.O. Box 708
Flora, Mississippi 39071
Telephone: (601) 853-8331
Facsimile: (601) 853-8331

Charles E. Patterson (*appointed pro hac vice*)
Charles S. Barquist (*appointed pro hac vice*)
Mark R. McDonald (*appointed pro hac vice*)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892-5454

Attorneys for Petitioner

la-1132794

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Thomas E. Loden, Jr. is lodging the attached Exhibits in support of his Petition for Writ of Habeas Corpus by a Person in State Custody. An Index of Exhibits is attached to this Notice:

        Respectfully submitted,

        By: /s/ Stacy Ferraro
        Stacy Ferraro
        MS Bar #100263
        P.O. Box 708
        Flora, Mississippi 39071
        Telephone: (601) 853-8331
        Facsimile: (601) 853-8331

        Charles E. Patterson (*appointed pro hac vice*)
        Charles S. Barquist (*appointed pro hac vice*)
        Mark R. McDonald (*appointed pro hac vice*)
        MORRISON & FOERSTER LLP
        555 West Fifth Street
        Los Angeles, California 90013-1024
        Telephone: 213.892.5200
        Facsimile: 213.892-5454
        Attorneys for Petitioner

INDEX OF EXHIBITS

Exhibit No.

Affidavit of Thomas Edwin Loden, Jr. ................................................................................... 1
Affidavit of Suzan Akamine ..................................................................................................... 2
Affidavit of Sonia Brown .......................................................................................................... 3
Affidavit of Bobbie Christian ................................................................................................... 4
Affidavit of James W. Craig ..................................................................................................... 5
Affidavit of William Mark Dyas ............................................................................................... 6
Affidavit of Sylvia Epperly ....................................................................................................... 7
Affidavit of William Ferrier III ................................................................................................ 8
Affidavit of David Houle .......................................................................................................... 9
Affidavit of Dustin Kittel ........................................................................................................ 10
Affidavit of Theresa Leslie ..................................................................................................... 11
Affidavit of Jeff Mann ............................................................................................................. 12
Affidavit of Stella Francis Renick .......................................................................................... 13
Affidavit of Connie Graham Reynolds .................................................................................. 14
Affidavit of William Sanders .................................................................................................. 15
Affidavit of James R. High, M.D. ........................................................................................... 16
Affidavit of Sean D. O'Brien .................................................................................................. 17
Affidavit of C. Gerald O'Brien, Ph.D. ................................................................................... 18
Affidavit of James P. Johnstone ............................................................................................. 19
Divorce Records of Bobbie Christian and Tommy Loden .................................................... 20
Opinion of the Court in Custody Hearing ............................................................................. 21
Loden's High School Records ................................................................................................ 22
    Tupelo High School ......................................................................................................... 22(a)
    Itawamba Agricultural High School .............................................................................. 22(b)
Criminal Records of Loden's Siblings ................................................................................... 23
    Order and Sentencing Order of the Circuit Court of Lee
    County Re: Bill Murphy Brown, Jr. ................................................................................ 23(a)
    Criminal Records for Billy Brown, Jr. ........................................................................... 23(b)
    Criminal Record for Sonia Brown ................................................................................. 23(c)
    Criminal Record for Anita Richey ................................................................................. 23(d)
Loden's Military Records ....................................................................................................... 24
    Administrative Remarks ................................................................................................. 24(a)
    Certificate of Release or Discharge from Active Duty ................................................. 24(b)
    Records of Navy Achievement Medals ........................................................................... 24(c)
    Record of Navy and Marine Corps Commendation Medal ......................................... 24(d)
    Review of P.R. Grasty ..................................................................................................... 24(e)
    Review of K.L. Bradford ................................................................................................. 24(f)
    Additional Military Reviews ........................................................................................... 24(g)
Attorney Notes ......................................................................................................................... 25
    Attorney Johnstone's Handwritten Notes,
    dated July 6, 2000 ............................................................................................................ 25(a)

Attorney Johnstone's Handwritten Notes,
dated July 13, 2000 ......................................................................................................... 25(b)
Attorney Johnstone's Handwritten Notes,
dated Aug. 1, 2001 .......................................................................................................... 25(c)
Herb Wells Records ................................................................................................................... 26
Report Regarding Interview of Katrina Loden ................................................................ 26(a)
Investigation Notes ......................................................................................................... 26(b)
Transcript of Hearing on Motion for Mitigation Expert ............................................................ 27
State Discovery .......................................................................................................................... 28
Criminal Investigation Bureau, Statement of Facts
("Marlar Report") ............................................................................................................ 28(a)
Search Warrant ................................................................................................................ 28(b)
Search Warrant Return .................................................................................................... 28(c)
Evidence Submission Form ............................................................................................. 28(d)
Photographs of Search ..................................................................................................... 28(e)
Consent to Search Form .................................................................................................. 28(f)
Bryan Jones Case Report ("Jones I") .............................................................................. 28(g)
Bryan Jones Case Report ("Jones II") ............................................................................. 28(h)
Kenneth W. Gill Crime Scene Response Report ............................................................. 28(i)
Whitfield Report .............................................................................................................. 28(j)
Gerald O'Brien Records ............................................................................................................. 29
C. Gerald O'Brien Report ................................................................................................ 29(a)
C. Gerald O'Brien Expense Report and Invoice ............................................................. 29(b)
Loden's Letters to Counsel and Investigator ............................................................................. 30
To Daniels, dated Feb. 25, 2001 ...................................................................................... 30(a)
To Daniels, postmarked Mar. 11, 2001 ........................................................................... 30(b)
To Daniels, dated Mar. 20, 2001 ..................................................................................... 30(c)
To Wells, dated May 28, 2001 ........................................................................................ 30(d)
To Daniels, dated June 6, 2001 ....................................................................................... 30(e)
To Daniels, dated June 13, 2001 ..................................................................................... 30(f)
To Daniels, dated June 14, 2001 ..................................................................................... 30(g)
To Daniels, postmarked July 3, 2001 .............................................................................. 30(h)
To Daniels, dated July 8, 2001 ........................................................................................ 30(i)
To Johnstone, dated July 20, 2001 .................................................................................. 30(j)
To Daniels, dated Aug. 29, 2001 ..................................................................................... 30(k)
To Daniels, postmarked Feb. 7, 2002 .............................................................................. 30(l)
Facsimile from Katrina Loden to Attorney Johnstone,
dated Oct. 28, 2000 .................................................................................................................... 31
Docket of Michelle Byrom ......................................................................................................... 32
Authentication of Records by Mark R. McDonald .................................................................... 33
Affidavit of Herb Wells, dated December 3, 2008 .................................................................... 34

Loden's Letters to Counsel and Investigator................................................................................ 35
   To Johnstone, dated Feb. 2, 2001 ...................................................................................... 35(a)
   To Daniels, dated Feb. 7, 2001 .......................................................................................... 35(b)
   To Daniels, dated Feb. 17, 2001 ........................................................................................ 35(c)
   To Wells, dated Apr. 1, 2001 ............................................................................................. 35(d)
   To Wells, received May 13, 2001 ...................................................................................... 35(e)
   To Wells, dated May 15, 2001 ........................................................................................... 35(f)
   To Daniels, dated May 28, 2001 ........................................................................................ 35(g)
   To Wells, dated June 7, 2001 ............................................................................................. 35(h)
   To Daniels, dated June 14, 2001 ........................................................................................ 35(i)
   To Daniels, dated July 27, 2001 ......................................................................................... 35(j)
   To Daniels, postmarked July 30, 2001 ............................................................................... 35(k)
   To Wells, dated Aug. 17, 2001 .......................................................................................... 35(*l*)
Timenotes of David Daniels.................................................................................................... 36
Affidavit of Thomas E. Loden, Jr., dated June 5, 2009 ............................................................ 37
Affidavit of Bobbie Christian, dated May 19, 2009 ................................................................. 38
Affidavit of Sonia W. Brown, dated May 19, 2009 .................................................................. 39
Authentication of Records by Mark R. McDonald .................................................................. 40
Affidavit of David Daniels, dated Sept. 3, 2003 ...................................................................... 41
Affidavit of Mark R. McDonald, dated Feb.12, 2009............................................................... 42
Transcript of Apr. 20, 2009 Circuit Court Hearing................................................................... 43
Affidavit of Maj. Gregory L. Chaney, dated June 23, 2009 ..................................................... 44
Affidavit of Andre De Gruy, dated June 11, 2009 .................................................................... 45
Transcript of Deposition of David Daniels, dated July 9, 2009................................................ 46
Transcript of Deposition of James Johnstone,
   dated July 10, 2009............................................................................................................ 47

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List for this case.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2011.

s/ Stacy Ferraro