IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THOMAS EDWIN LODEN, JR.                                                    PETITIONER

v.                                                                   No. 1:10CV311-NBB

CHRISTOPHER EPPS, ET AL.                                                  RESPONDENTS

### ORDER

Presently before the Court is Respondents' motion for a thirty day extension of time within which to file a memorandum of authorities in support of the answer to the petition for writ of habeas corpus filed in this cause.[1]  By orders entered on April 6, 2012 and June 21, 2012, the Court advised the parties that it would not take a favorable view of any requests for additional time.  Therefore, the Court **DENIES** the extension requested by Respondents.  Respondents must file their memorandum within seven (7) days of the date of this order.

**SO ORDERED,** this the 17th day of September, 2012.

                                                            /s/ Neal Biggers
                                                            **NEAL B. BIGGERS, JR.**
                                                            **SENIOR U.S. DISTRICT JUDGE**

---

[1] Doc. entry no. 26.