# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI EASTERN DIVISION

**THOMAS EDWIN LODEN, JR.,** *Petitioner*

*versus* **CAUSE NO. 1:10-cv-00311-NBB**

**CHRISTOPHER B. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS and JIM HOOD, ATTORNEY GENERAL, STATE OF MISSISSIPPI,** *Respondents*

_____

## NOTICE OF CONVENTIONAL FILING
_____

The state court records and briefs are in paper form only and are being maintained in this case file in the Clerk's office. This filing supplements the June 11, 2012. and September 18, 2012, Notices of Conventional Filing as certain parts of the record were erroneously excluded. This filing contains the depositions of petitioner's trial counsel taken during the post-conviction proceedings in this case. This Notice corrects that deficiency. These records have not been filed electronically because the party is excused from filing these documents pursuant to Section 6 (A)(7) of the Administrative Procedures for Electronic Case Filing.

Respectfully submitted, this, the 5th day of October, 2012.

**JIM HOOD**
ATTORNEY GENERAL
STATE OF MISSISSIPPI

**JASON L. DAVIS**
SPECIAL ASSISTANT ATTORNEY GENERAL

**MARVIN L. WHITE, JR.**
SPECIAL ASSISTANT ATTORNEY GENERAL
(*Counsel of Record*)

BY: s/ *Marvin L. White, Jr.*

OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3680
Telefax:     (601) 359-3796
jdavi@ago.state.ms.us

## CERTIFICATE OF SERVICE

This is to certify that I, Marvin L. White, Jr. Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing NOTICE OF CONVENTIONAL FILING with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Charles S. Barquist, Esquire
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024

Charles E. Patterson, Esquire
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024

Mark R. McDonald, Esquire
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024

Stacy Leah Ferraro, Esquire
P.O. Box 708
Flora, MS 39071

This, the 10th day of October, 2012.

s/ *Marvin L. White, Jr.*