IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**THOMAS EDWIN LODEN**, *Petitioner*

*versus*          **CAUSE NO. 1:10-CV-00311-NBB**

**CHRISTOPHER EPPS, COMMISSIONER,**
**MISSISSIPPI DEPARTMENT OF CORRECTIONS,**
**AND JIM HOOD, ATTORNEY GENERAL,** *Respondents*

___

## NOTICE OF CONVENTIONAL FILING
___

The State Court Sealed Exhibit 8, is in DVD form only and is being maintained as a sealed exhibit in this case file in the Clerk's office.

         Respectfully submitted,

         **JIM HOOD**
         ATTORNEY GENERAL
         STATE OF MISSISSIPPI

         **MARVIN L. WHITE, JR.**
         SPECIAL ASSISTANT ATTORNEY GENERAL
         Miss. Bar No. 7149
         *Counsel of Record*

         BY:   s/ *Marvin L. White, Jr.*

OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi 39205
Telephone:    (601) 359-3680
Telefax:        (601) 359-3796

## CERTIFICATE OF SERVICE

This is to certify that I, Marvin L. White, Jr., Special Assistant Attorney General for the State of Mississippi, have electronically filed the foregoing Notice of Conventional Filing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Charles S. Barquist, Esquire
    cbarquist@mofo.com
    Charles E. Patterson, Esquire
    Mark R. McDonald, Esquire
    mmcdonald@mofo.com
    MORRISON & FOERSTER LLP
    555 West Fifth Street
    Los Angeles, CA 90013-1024

    Stacy Leah Ferraro, Esquire
    P.O. Box 708
    Flora, MS 39071
    stacy@watervalley.net

This, the 15th day of August, 2013.

                                          s/ *Marvin L. White, Jr.*