IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THOMAS EDWIN LODEN, JR.                                    PETITIONER

v.                                        CIVIL ACTION NO. 1:10CV311-NBB

CHRISTOPHER EPPS, ET AL.                                  RESPONDENTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, it is **ORDERED**:

1. That all federal habeas corpus relief requested by Petitioner is **DENIED**, and the instant petition shall be **DISMISSED** with prejudice.

2. That Petitioner's request for an evidentiary hearing is **DENIED**.

3. That all pending motions are **DISMISSED** as moot.

4. That Petitioner is **GRANTED** a COA on the following claims of ineffective assistance of counsel: the development of mitigation evidence (Ground 1.A), Petitioner's guilty plea and the waiver of jury sentencing (Ground 1.B), defense counsel's litigation of the case (Ground 1.C), the cumulative effect of trial counsel's performance (Ground 1.D), and the performance of appellate counsel (Ground 1.E).

5. That Petitioner is **DENIED** a COA on all remaining claims raised in the petition.

**SO ORDERED**, **THIS** the 18th day of September, 2013.

                                         /s/ Neal Biggers
                                         NEAL B. BIGGERS, JR.
                                         SENIOR U.S. DISTRICT JUDGE